# In the United States Court of Federal Claims

**OFFICE OF SPECIAL MASTERS**

**No. 14-978V**

Filed: August 5, 2026

* * * * * * * * * * * * *
HARVARD DAVIS, *

Petitioner, *

v. *

SECRETARY OF HEALTH *
AND HUMAN SERVICES, *

Respondent. *
* * * * * * * * * * * * *

*Lisa A. Roquemore, Esq.*, Law Office of Lisa A. Roquemore, Racho Santa Margarita, CA, for petitioner.
*Lynn C. Schlie, Esq.*, US Department of Justice, Washington, DC, for respondent.

**DECISION ON DAMAGES[1]**

**Roth**, Special Master:

On October 14, 2014, Harvard Davis ("petitioner") filed a petition for compensation under the National Vaccine Injury Compensation Program.[2] Petitioner alleges that he developed Guillain-Barré syndrome ("GBS") and subsequently chronic inflammatory demyelinating polyneuropathy ("CIDP") after receiving an influenza ("flu") vaccine on August 19, 2013. Petition, ECF No. 1. A Ruling on Entitlement issued on April 27, 2022, finding that petitioner was entitled to compensation for his injuries. ECF No. 169.

On May 13, 2026, a Ruling on Damages issued, and the parties were ordered to file a finalized Life Care Plan consistent with the Ruling on Damages. ECF No. 298.

[1] Because this Decision contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Decision will be available to anyone with access to the internet.** This Decision originally issued on November 7, 2024, and the parties were afforded fourteen days to propose redactions in accordance with Vaccine Rule 18(b). Petitioner moved for redactions, and her motion was granted. Accordingly, this Decision is reissued with redactions for posting on the Court's website.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all "§" references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2018).

On August 5, 2026, respondent filed a joint status report, the final Life Care Plan, and a funding chart. ECF No. 305. Respondent's submission provides for the following in keeping with the Ruling on Damages:

A. A lump sum payment of $795,161.28, representing compensation for life care expenses (including life care items awarded by the Special Master) expected to be incurred during the first year after judgment ($209,415.96), past unreimbursable expenses ($9,270.32), lost earnings ($336,475.00), and pain and suffering ($240,000.00) in the form of a check payable to petitioner;

B. A lump sum payment of $1,973,698.10, representing compensation for satisfaction of the Medi-Cal lien, to be paid through an ACH deposit to petitioner's counsel's IOLTA account for prompt disbursement; AND

C. An amount sufficient to purchase an annuity contract, subject to the conditions described in section II.C. of respondent's status report.

I adopt respondent's damages calculations attached hereto, and award compensation in the amount and on the terms set forth therein. The clerk of the court is directed to enter judgment in accordance with this decision.[3]

**IT IS SO ORDERED.**

**s/ Mindy Michaels Roth**
Mindy Michaels Roth
Special Master

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by each party filing a notice renouncing the right to seek review.

**Appendix A: Items of Compensation for Harvard Davis**



| ITEMS OF COMPENSATION | G.R. | * | M | Lump Sum Compensation | Compensation Years 2-Life |
|---|---|---|---|---|---|
| | | | | 2026 | 2027-Life |
| Medicare Part B Deductible | 5% | * | | | |
| Medigap | 5% | | M | 3,426.00 | 3,426.00 |
| Medicare Part D Premium | 5% | | M | 2,733.60 | 2,733.60 |
| Medicare Part D MOP | 5% | | | 2,100.00 | 2,100.00 |
| Primary Care Physician | 5% | * | | | |
| Neurology | 5% | * | | | |
| Interventional Radiology | 5% | * | | | |
| Orthopedist | 5% | * | | | |
| Psychiatrist | 5% | * | | | |
| Podiatrist | 5% | * | | | |
| Hema-tologist | 5% | * | | | |
| Endocrinologist | 5% | * | | | |
| IVIG | 5% | * | | | |
| Iron Infusions | 5% | * | | | |
| CBC | 5% | * | | | |
| CMP | 5% | * | | | |
| Draw Fee | 5% | * | | | |
| Amitriptyline | 5% | * | | | |
| Gabapentin | 5% | * | | | |
| Prednisone | 5% | * | | | |
| Lidocaine- Prilocaine | 5% | * | | | |
| Clopidogrel | 5% | * | | | |
| Ibuprofen | 5% | * | | | |
| Glucagon | 5% | * | | | |
| Lantus SolStar | 5% | * | | | |
| Kwik Pen Injector | 5% | * | | | |
| Trulicity | 5% | * | | | |
| Sertraline | 5% | * | | | |
| Contour Next Test Strips | 4% | * | | | |
| Ultra Fine Lancets | 4% | * | | | |
| Insulin Pen Needles | 4% | * | | | |
| Dexcom Glucose Monitoring System | 4% | * | | | |
| Tegaderm | 4% | | | 122.00 | 122.00 |
| Diphen-hydramine | 4% | | | 2.00 | 2.00 |
| Incontinence Briefs | 4% | | M | 901.44 | 901.44 |
| Gloves | 4% | | M | 206.70 | 206.70 |
| Wipes | 4% | | M | 228.60 | 228.60 |
| Bed Pads | 4% | | | 167.00 | 167.00 |
| Aide Level Care | 4% | | M | 185,055.00 | 185,055.00 |
| Psych Counseling Eval | 4% | * | | | |
| Counseling | 4% | * | | | |
| Case Management | 4% | | M | 3,480.00 | 3,480.00 |

**Appendix A: Items of Compensation for Harvard Davis**



| ITEMS OF COMPENSATION | G.R. | * | M | Lump Sum Compensation | Compensation Years 2-Life |
|---|---|---|---|---|---|
| | | | | 2026 | 2027-Life |
| Physical Therapy Evaluation, Aqua Therapy Evaluation, Occupational Therapy Evaluation | 4% | * | | | |
| Physical Therapy/Aqua Therapy/Occupational Therapy | 4% | * | | | |
| Scooter Lift | 4% | | | 2,800.00 | 400.00 |
| Home Automation & Security System | 4% | | | 2,690.00 | 240.00 |
| AFOs | 4% | * | | | |
| ADLs | 4% | | | 100.00 | 100.00 |
| Bath Bench | 4% | | | 68.00 | 22.67 |
| Hand Held Shower | 4% | | | 45.00 | 4.50 |
| Lifeline | 4% | | M | 474.30 | 419.40 |
| Grab Bars (Portable) | 4% | | | 36.99 | |
| Grab Bars (Permanent) | 4% | | | 252.00 | 25.20 |
| Bedside Commode | 4% | | | 242.87 | 48.57 |
| Walker | 4% | | | 147.00 | 29.40 |
| Canes | 4% | | | 80.00 | 16.00 |
| Scooter | 4% | | | 1,839.00 | 367.80 |
| Scooter Batteries | 4% | | | 54.00 | 54.00 |
| Manual Wheelchair | 4% | * | | | |
| Portable Wheelchair Ramp | 4% | | | 405.00 | 40.50 |
| Plastic Covers for Mattress | 4% | | | 57.98 | 57.98 |
| Stand and Lift Recliner | 4% | * | | 507.00 | 50.70 |
| Mileage: Primary Care | 4% | | | 22.68 | 22.68 |
| Mileage: Podiatry | 4% | | | 30.24 | 30.24 |
| Mileage: Endocrinology | 4% | | | 21.84 | 21.84 |
| Mileage: Infusions | 4% | | | 786.24 | 786.24 |
| Mileage to Culver City | 4% | | | 333.48 | 333.48 |
| Lost Earnings | | | | 336,475.00 | |
| Pain and Suffering | | | | 240,000.00 | |
| Past Unreimbursable Expenses | | | | 9,270.32 | |
| Medi-Cal Lien | | | | 1,973,698.10 | |
| Annual Totals | | | | 2,768,859.38 | 201,493.54 |

Note: Compensation Year 1 consists of the 12 month period following the date of judgment.
Compensation Year 2 consists of the 12 month period commencing on the first anniversary of the date of judgment.
As soon as practicable after entry of judgment, respondent shall make the following payment to petitioner for Yr 1 life care expenses ($209,415.96), lost earnings ($336,475.00), pain and suffering ($240,000.00), and past unreimbursable expenses ($9,270.32)): $795,161.28.
As soon as practicable after entry of judgment, respondent shall make the following payment representing satisfcation of the Medi-Cal lien, through an ACH deposit to petitioner's counsel's IOLTA account: $1,973,698.10.
Annual amounts payable through an annuity for future Compensation Years follow the anniversary of the date of judgment.
Annual amounts shall increase at the rates indicated above in column G.R., compounded annually from the date of judgment.
Items denoted with an asterisk (*) covered by health insurance and/or Medicare.
Items denoted with an "M" payable in twelve monthly installments totaling the annual amount indicated.